**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RUTH SPIGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:26-cv-01431-SEP |
| | ) | |
| NIKE-IHM and MANPOWER US INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Self-represented Plaintiff Ruth Spigner has submitted an unsigned employment discrimination complaint. Under Federal Rule of Civil Procedure 11, every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." As a result, the Court will order the Clerk to return the pleading to Plaintiff so that she may sign it and return it to the Court for docketing.

In addition, although Plaintiff has attached a copy of her right-to-sue letter to her complaint, she has not provided the Court with a copy of her EEOC charge of discrimination. Consequently, the Court will order Plaintiff to supplement her filing by submitting a copy of her charge of discrimination within 21 days of the date of this Order so that the Court may ascertain whether Plaintiff's claims are like or reasonably related to the claims outlined in her charge. *Duncan v. Delta Consolidated Indus., Inc.,* 371 F.3d 1020, 1024 (8th Cir. 2004).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return Plaintiff's Complaint to her.

**IT IS FURTHER ORDERED** that Plaintiff shall sign the Complaint and return it to the Court within **21 days** of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall submit a copy of her charge of discrimination filed with the EEOC within **21 days** of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order, her action will be dismissed without prejudice and without further notice.

Dated this 19th day of October, 2026.

Sarah E. Pitlyk

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE